Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:11-cv-01891-LJO-MJS |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSE JIMENEZ, et al., | |
| Defendant. | |

## ORDER

The above-entitled action is hereby stayed as to Jose Jimenez, individually and d/b/a George's Dairy Snack pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.

IT IS SO ORDERED.

Dated:   **April 3, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE