IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE JIMENEZ, <br><br> Defendant. | CASE NO. CV F 11-1891 LJO MJS <br><br> **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 16.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 19, 2012**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE