IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-1891 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 16.) |
| vs. | |
| JOSE JIMENEZ, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 19, 2012**                      /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1